FILED
ASHEVILLE, N.C.
NOV 13 2019
U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE FOLLOWING ACCOUNTS THAT IS STORED AT PREMISES CONTROLLED BY MICROSOFT CORPORATION:<br><br>BILL.MCCARTHY@AFBLLC.COM<br>STEIN.AGEE@AFBLLC.COM<br>JACK.FISHER@AFBLLC.COM<br>JFISHER@INLANDCAPITALFUNDS.COM<br>JFISHER@THEPRESERVECOMMUNITIES.US<br>JFISHER@PRESERVECOMMUNITIES.COM<br>KATE@INLANDCAPITALFUNDS.COM | Case No. 1:19 mj 103<br><br>**Filed Under Seal** |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b) requesting that the Court issue an Order commanding Microsoft Corporation ("Microsoft"), an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the accounts listed in the warrant) of the existence of the warrant previously obtained under this case number until at least nine months have passed, and not to unilaterally close the accounts that are subject to the search warrant at any point in the same time period.

The Court determines that there is reason to believe that notification of the existence of the warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, or change patterns of behavior. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Microsoft shall not disclose the existence of the warrant previously obtained under this case number, or this Order of the Court, to the listed subscriber or to any other person, for a period of nine months, or until further order of

this Court, whichever first occurs, except that Microsoft may disclose the warrant to an attorney for Microsoft for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that Microsoft shall not unilaterally close the accounts that are subject to the search warrant at any point within that same period of nine months, or until further order of this Court, whichever first occurs, because such unilateral closure is likely to operate as the functional equivalent of notice to the subscriber of the account listed in the warrant.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

11/13/2019
Date

The Hon. W. Carleton Metcalf
United States Magistrate Judge
Western District of North Carolina