IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, N.C.
NOV 13 2019
U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE FOLLOWING ACCOUNTS THAT IS STORED AT PREMISES CONTROLLED BY MICROSOFT CORPORATION:

BILL.MCCARTHY@AFBLLC.COM
STEIN.AGEE@AFBLLC.COM
JACK.FISHER@AFBLLC.COM
JFISHER@INLANDCAPITALFUNDS.COM
JFISHER@THEPRESERVECOMMUNITIES.US
JFISHER@PRESERVECOMMUNITIES.COM
KATE@INLANDCAPITALFUNDS.COM

Case No. 1:19 mj 103

**Filed Under Seal**

## MOTION TO SEAL

NOW COMES the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, and moves this Court for an Order directing that the Affidavit, Application, Search Warrant, this Motion, any other related filings, and any order issued pursuant to this matter be sealed immediately, and that same remain sealed until further order of this Court.

Respectfully submitted, on this day of November 6, 2019.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

DANIEL V. BRADLEY
ASSISTANT UNITED STATES ATTORNEY
100 Otis Street, Suite 233
Asheville, NC 28801
Direct Line: (828) 259-0644
Email: daniel.bradley@usdoj.gov