IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 MJ 103

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) <br> INFORMATION ASSOCIATED WITH ) <br> THE FOLLOWING ACCOUNT THAT IS ) <br> STORED AT PREMISES CONTROLLED ) <br> BY MICROSOFT: ) <br> ) <br> ) <br> BILL.MCCARTHY@AFBLLC.COM ) <br> STEIN.AGEE@AFBLLC.COM ) <br> JACK.FISHER@AFBLLC.COM ) <br> JFISHER@INLANDCAPITALFUNDS.COM ) <br> JFISHER@THEPRESERVECOMMUNITIES.US ) <br> JFISHER@PRESERVECOMMUNITIES.COM ) <br> KATE@INLANDCAPITALFUNDS.COM ) | **ORDER** |

This matter is before the Court on the Government's Amended Motion to Unseal Case 1:19-MJ-103. Doc. 11. For the reasons stated therein, the motion will be allowed.

**IT IS THEREFORE ORDERED THAT:**

1. The Amended Motion to Unseal Case 1:19-MJ-103 (Doc. 11) is **GRANTED** and the Clerk is respectfully directed to **UNSEAL** this matter.

2. The Government's Motion to Unseal Search Warrant Application, Affidavit, and Warrant (Doc. 10) is **DENIED AS MOOT.**

3. The Clerk is respectfully directed to certify copies of this Order to the United States Attorney's Office.

Signed: March 23, 2022

W. Carleton Metcalf
United States Magistrate Judge